UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN SCOTT KEENE,<br><br>Plaintiff,<br><br>v.<br><br>ADAM CHRISTIANSON, *et al.*,<br><br>Defendants. | Case No. 1:17-cv-01169-LJO-JDP (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS CERTAIN CLAIMS AGAINST DEFENDANTS TOOR AND PAGAN<br><br>ECF Nos. 13, 17 |

Plaintiff Brian Scott Keene is a state prisoner proceeding without counsel in this civil rights action brought under 42 U.S.C. § 1983. The court has referred this matter to a magistrate judge under 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 6, 2018, the assigned magistrate judge issued findings and recommendations that the court dismiss certain claims against defendants Toor and Pagan. ECF No. 17. On January 2, 2019, plaintiff objected to the findings and recommendations. ECF No. 20.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, IT IS ORDERED that:

1. The findings and recommendations issued by the magistrate judge on December 6, 2018, ECF No. 17, are adopted in full;
2. Plaintiff's First Amendment Retaliation claim against defendant Toor is dismissed;
3. Plaintiff's Eighth Amendment Deliberate Indifference claim against defendant Pagan is dismissed; and
4. This matter is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated: **March 11, 2019**        /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE