1

2

3

4

5

6

7

8                              IN THE UNITED STATES DISTRICT COURT

9                           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11
    BRIAN SCOTT KEENE,                           Case No. 1:17-cv-01169 LJO JDP
12
                                      Plaintiff,  ORDER GRANTING DEFENDANTS'
13                                                MOTION TO MODIFY THE
              v.                                  SCHEDULING ORDER AND GRANTING
14                                                IN PART PLAINTIFF'S MOTION FOR
                                                  EXTENSION OF TIME
15  KIRAN TOOR, et al.,
                                                  ECF Nos. 30, 32
16                                   Defendants.

17

18          For good cause shown, defendants' unopposed motion to modify the scheduling order is

19  granted.  ECF No. 32.  The time to file motions for summary judgment for failure to exhaust

20  administrative remedies is hereby extended until and including September 24, 2019.

21  Additionally, for good cause shown plaintiff's motion for an extension of time to respond to

22  discovery is granted in part.  ECF No. 30.  Plaintiff shall have twenty days to respond to

23  discovery requests.  All other provisions of the scheduling order remain in effect and unchanged.

24

25

26

27

28

IT IS SO ORDERED.

Dated:    July 16, 2019

_____
UNITED STATES MAGISTRATE JUDGE

No. 204