IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN SCOTT KEENE,<br><br>                            Plaintiff,<br><br>     v.<br><br>KIRAN TOOR, et al.,<br><br>                            Defendants. | Case No. 1:17-cv-01169-LJO-JDP<br><br>ORDER GRANTING DEFENDANT'S MOTION AS SUPPLEMENTED AND MODIFYING SCHEDULING ORDER<br><br>ECF Nos. 34, 35 |

    On September 11, 2019, defendants moved for a modification of the scheduling order and to compel plaintiff to respond to discovery. ECF No. 34. On November 25, 2019, defendants withdrew their motion in part, no longer seeking to compel discovery but asking for a further extension of the deadline to file a motion for summary judgment for failure to exhaust. ECF No. 35.

    For good cause shown, defendants' motion as supplemented is granted. ECF Nos. 34, 35. The time to file motions for summary judgment for failure to exhaust administrative remedies is

1 | hereby extended until and including January 13, 2020.  All other provisions of the scheduling
2 | order remain in effect and unchanged.
3 |
4 | IT IS SO ORDERED.
5 |
6 | Dated:     November 27, 2019                              /s/ Jeremy Peterson
  |                                                      UNITED STATES MAGISTRATE JUDGE
7 |
8 |
9 | No. 204.