UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN SCOTT KEENE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>KIRAN TOOR, *et al.*,<br><br>　　　　　Defendants. | Case No.   1:17-cv-01169-NONE-JDP<br><br>ORDER GRANTING IN PART PLAINTIFF'S SECOND MOTION FOR EXTENSION<br><br>ECF No. 42 |

　　　　Plaintiff seeks a second 90-day extension of the 21-day deadline to file a response to defendants' motion for summary judgment.  ECF No. 42.  While the court is sympathetic to the fact that plaintiff does not currently have access to the law library, another 90-day extension would be extraordinary.  Therefore, the court grants his motion in part, and allows plaintiff an additional 45 days to respond to defendants' motion for summary judgment.  Plaintiff shall have until July 20, 2020 to file his brief in opposition.  Because plaintiff appears to have been deprived of access to the law library even though he has a pending court deadline, this order will be served upon the litigation coordinator at his institution.  If plaintiff continues to be denied access to the library up to his new July 20, 2020, deadline, he should file another motion for extension.

　　　　Accordingly,

　　　　1.  Plaintiff's motion for extension of time, ECF No. 42, is granted in part as stated herein.

1

2. The clerk's office shall serve a copy of this document on the Litigation Coordinator at Salinas Valley State Prison.

3. The Litigation Coordinator's assistance is requested in facilitating plaintiff's meaningful access to the law library so that plaintiff can meet his court-ordered deadline, to the extent doing so is consistent with institutional order and security.

IT IS SO ORDERED.

Dated:   June 11, 2020                           _____
                                                 UNITED STATES MAGISTRATE JUDGE

No. 204.