UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN SCOTT KEENE,<br><br>          Plaintiff,<br><br>     v.<br><br>KIRAN TOOR, *et al.*,<br><br>          Defendants. | Case No.   1:17-cv-01169-NONE-JDP<br><br>ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE AND FAILURE TO COMPLY WITH A COURT ORDER<br><br>ECF Nos. 38, 43<br><br>RESPONSE DUE WITHIN TWENTY-ONE DAYS |

Plaintiff has been given multiple extensions to respond to defendants' motion for summary judgment, ECF No. 38.  Plaintiff's response was originally due on March 13, 2020.  Plaintiff's most recent extension allowed him to file a response by July 20, 2020.  ECF No. 43.  Plaintiff was also ordered to seek another extension if he continued to be denied access to the law library.  *See id.*  Plaintiff has neither sought further extensions nor responded to defendants' motion for summary judgment.  Thus, the court will order plaintiff to show cause why his case should not be dismissed for failure to prosecute and failure to comply with a court order.

To manage its docket effectively, the court imposes deadlines on litigants and requires litigants to meet those deadlines.  The court may dismiss a case for plaintiff's failure to prosecute or failure to comply with a court order.  *See* Fed. R. Civ. P. 41(b); *Hells Canyon Pres. Council v. U.S. Forest Serv.*, 403 F.3d 683, 689 (9th Cir. 2005).  Involuntary dismissal is a harsh penalty, but

a district court has a duty to administer justice expeditiously and avoid needless burden for the parties.  *See Pagtalunan v. Galaza*, 291 F.3d 639, 642 (9th Cir. 2002); Fed. R. Civ. P. 1.  The court will give plaintiff a chance to explain why the court should not dismiss the case for his failure to prosecute and to comply with a court order.  Plaintiff's failure to respond to this order will constitute another failure to comply with a court order and will result in dismissal of this case.

Accordingly, plaintiff is ordered to show cause within twenty-one days why this case should not be dismissed for failure to prosecute and failure to comply with a court order.

IT IS SO ORDERED.

Dated:     September 2, 2020                                   _____
                                                                UNITED STATES MAGISTRATE JUDGE

No. 204.