UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN SCOTT KEENE,<br><br>Plaintiff,<br><br>v.<br><br>KIRIN TOOR, *et al.*,<br><br>Defendants. | No. 1:17-cv-01169-NONE-JDP<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING THIS CASE<br><br>(Doc. Nos. 38, 47, 48) |

Plaintiff Brian Scott Keene is a state prisoner proceeding without counsel in this civil rights action brought under 42 U.S.C. § 1983. The court has referred this matter to a magistrate judge under 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 2, 2020, the court issued an order to show cause why this case should not be dismissed for failure to prosecute and failure to comply with a court order. (Doc. No. 46.) On September 28, plaintiff filed a motion to dismiss this case without prejudice. (Doc. No. 47.) On September 30, the assigned magistrate judge issued findings and recommendations that the court dismiss this case for plaintiff's failure to prosecute and to comply with court orders. (Doc. No. 48.) Dismissal of the case would render the pending motion for summary judgment (Doc. No. 38), moot. No objections have been filed and the time to do so has now passed.

/////

/////

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, IT IS ORDERED that:

1. This case is reassigned to a district judge for the purpose of closing this case;
2. The findings and recommendations issued by the magistrate judge on September 30, 2020, (Doc. No. 48), are adopted in full;
3. This case is dismissed without prejudice;
4. All pending motions (Doc. Nos. 38, 47), are denied as moot; and
5. The clerk is directed to close this case.

IT IS SO ORDERED.

Dated:   **October 21, 2020**

UNITED STATES DISTRICT JUDGE